# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE McCULLOUGH<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 17-03351 RGK (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 18, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE