**CALIFORNIA LAWYERS GROUP, LLP**
**MICHAEL S. BROWN, Bar No. 104079**
10960 Wilshire Boulevard, Suite 1225
Los Angeles, California 90024-3703
Tel: (818) 461-9933 FAX (818) 995-4094
Email: mbrown@clginfo.com

Attorneys for Plaintiff VANCE MCCULLOUGH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **VANCE MCCULLOUGH**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**NANCY A. BERRYHILL**, Acting Commissioner, Social Security Administration,<br><br>Defendant. | **Case No. 2:17-cv-03351-RGK-AFM**<br><br>~~[PROPOSED]~~ **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 6/15/2018

*/s/ Alexander F. MacKinnon*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE